Malik Jaleel Laws T507424
Name and Prisoner/Booking Number

Fourth Avenue Jail
Place of Confinement

201 S. 4th Ave
Mailing Address

Phoenix, Arizona 85003
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 04 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Malik Jaleel Laws,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Brad Lancaster,
(Full Name of Defendant)
(2) Brittany Butcher,
(3) Kyle Hornbaker,
(4) _____,
Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. _____
(To be supplied by the Clerk)

Jury Trial Demanded

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☐ Original Complaint
☒ First Amended Complaint
☐ Second Amended Complaint

## A.  JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Glendale, Arizona

Revised 3/11/16

1

550/555

## B. DEFENDANTS

1. Name of first Defendant: **Brad Lancaster**. The first Defendant is employed as: **Police Officer** at **Glendale Police Department**.
   (Position and Title)                                    (Institution)

2. Name of second Defendant: **Brittany Butcher**. The second Defendant is employed as: **Police Officer** at **Glendale Police Department**.
   (Position and Title)                                    (Institution)

3. Name of third Defendant: **Kyle Hornbaker**. The third Defendant is employed as: **Police Officer** at **Glendale Police Department**.
   (Position and Title)                                    (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title)                                    (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? **1**. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: **Malik Jaleel haws** v. **Glendale Police Department**
      2. Court and case number: **Superior Court   LV2019-010331**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **It's still pending...**

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: Fourth Amendment, Eighth Amendment, U.S. Constitution.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 1/21/19, I walked into Circle K to buy a Black & Mild (Cigar). I was bumped into inside the store. That lead to a verbal argument. The clerk advised I and another individual to go outside. She advised she was calling the police. Once outside it was an ongoing argument. No punches were thrown. In Self-Defense against a knife, I used my backpack as a weapon to block the knife. The altercation ended with nobody hurt and the Circle K intact. A patrol car pulled into the parking lot. It was D1 officer Lancaster. The clerk advised him I was involved in the argument. I was exiting the Circle K parking lot going East on 59th Ave & Bethany Home Rd. During the process of me walking away, He told me to stop four times. On the fourth time right when I went to put my hands up, D2 officer Butcher pulled into the middle of the intersection blocking Southbound. She hopped out the patrol car gun in hands yelling "He said stop". I replied "I am stopped". She grabbed my right arm and held it behind my back, Left hand still up. D1 officer Lancaster ran up and started kneeing me in the legs. I yelled "I'm not resisting arrest!" and planted my feet as he went to slam me to the ground. After slamming me to the ground, I was hit with hand strikes by D1 officer Lancaster, and tased repeatedly by D2 officer Butcher. D2 officer Butcher put her knee on my ankle, after D1 officer Lancaster told me to go to my stomach even though I wasn't resisting arrest. After the cuffs were put on me, D1 officer Lancaster put the bare tips of his fingers in my mouth shortly after D2 officer Butcher put her knee on my ankle and was bit unintentionally, as other officers arrived making it look intentional. D3 officer Hornbaker was an officer who arrived minutes after the false arrest. I was charged with: Disorderly Conduct M1, Resisting Arrest F6, Aggravated Assault F5.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Tased repeatedly and body slammed. I had a scar on the left side near my eye, on my temple.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Count I? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Civil Complaint

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: Fourth Amendment, Eighth Amendment, U.S. Constitution.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: False Arrest/Imprisonment

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   In Violation of the Fourth Amendment - Seizures
   In Violation of the Eighth Amendment - Punishments

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Lost the Newly acquired Job I had at Empereon Marketing. I have a Cyst in my Neck I have to get medical treatment for, because of this false Arrest, I have to wait for medical treatment. And a Almost 10 months incarcerated.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Count II? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Civil Complaint

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: Fourth Amendment, Eighth Amendment, U.S. Constitution.

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: Tampering with Evidence

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   The evidence used in my Trial for the Case of 2018-156744-001 was tampered with. Body Cam Videos, Police reports, Incident Report, Testimonies not matching and Pictures with no injury.
   2 Newly recorded phone interviews.

   In Violation of Eighth Amendment - Punishments

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   9 almost 10 months incarcerated.
   Pending Notice of Appeal for Guilty Verdict
   Pending Post-Trial Motions for Guilty Verdict

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Count III? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Civil Complaint

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

### E. REQUEST FOR RELIEF

State the relief you are seeking:
I am seeking Monetary Damages for the Job I Lost, That I was susposed to start 11/26/18.
$11/Hour
10 Hour Shift
I would like the bank to pay me and the defendants pay the Bank.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8-27-19
DATE

Malik Lewis
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# MARICOPA COUNTY SHERIFF'S OFFICE

## C E R T I F I C A T I O N

I hereby certify that on this date _____ AUG 29 2019 _____,

I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

<u>I further certify that copies of the original have been forwarded to:</u>

_____   Hon _____ United States District Court, District of Arizona.

_____   Hon_____ United States District Court, District of Arizona.

_____   Attorney General, State of Arizona.

_____   Judge, _____, Superior Court, Maricopa County, State of Arizona.

_____   County Attorney _____, Maricopa County, State of Arizona.

_____   Public Defender _____, Maricopa County, State of Arizona.

_____   Attorney _____

_____

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
Lower Buckeye Jail
3250 W Lower Buckeye Road
Phoenix, AZ 85009

Cert6                                                                                                                     05/15/2012